UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:24-CR-48-CCB-SJF |
| RAYMOND CALVIN SMITH | |

## ORDER

The Court has reviewed the findings and recommendations of Magistrate Judge Scott J. Frankel filed on September 4, 2024. [DE 17.] Raymond Smith pleaded guilty to count one of the information charging him with mail fraud in violation of Title 18 United States Code Section 1341. [DE 1.] No party objected, and the time to object has passed. The Court now adopts the findings and recommendations in their entirety. [DE 17.] The plea of guilty to this offense as charged in the information is hereby accepted, and the defendant is adjudged guilty of this offense.

Any objections a party submits to the probation officer in response to the draft Presentence Report must specifically identify the basis of the objection and any supporting authority. Should the Addendum to the final Presentence Report reflect any outstanding objections by a party, that party must specifically state in its sentencing memorandum whether it maintains that objection. If so, the party must identify the basis and authority for its objection and, where applicable, any evidence the party expects to offer in support of that objection. The party should also state if, consistent with Rule 32(i)(3)(B), it does not believe a ruling on that objection will be necessary.

SO ORDERED.

September 20, 2024

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT